1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JASON PAUL LEGARE,

11           Petitioner,                    No. CIV S-10-3355 EFB P

12       vs.

13   J. TIM OCHOA,

14           Respondent.              ORDER

15   _____/

16       Petitioner, a state prisoner with counsel, seeks a writ of habeas corpus.  *See* 28 U.S.C.

17   § 2254.  Petitioner's claims arose at the California Substance Abuse and Treatment Facility in

18   Kings County.  Therefore, this action should have been commenced in the district court in

19   Fresno.  E.D. Cal. Local Rule 120(d).

20       Accordingly, it is hereby ordered that:

21       1.  This action is transferred to the district court in Fresno.  *See* E.D. Cal. Local Rule

22   120(f).

23       2.  The Clerk of Court shall assign a new case number.

24   ////

25   ////

26   ////

1

1    3.  All future filings shall bear the new case number and shall be filed at:

2              United States District Court
Eastern District of California

3              2500 Tulare Street
Fresno, CA 93721

4

5    DATED:  December 22, 2010.

6                           EDMUND F. BRENNAN

7                           UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2